**RECEIVED**

OCT 3 1 2022

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

10-21-22

Dear clerk,

Please take notice that the attached cretification is in support of My Motion for TRO & My complaint

Thank you for your time in this emergency complaint

Demi Mvar