# Attachments Exhibits

| | | |
|---|---|---|
| A-1 | Letter addressing Demi's imminent & unlawful Transfer out of state | 6 pages |
| B-1 | Letter regarding Hawings Hearing in a male Facility | 4 Pages |
| C-1 | Letter regarding Demi being housed incongruently | 3 page |
| D-1 | Referral for surgery approved by all 3 doctors | 1 Page |
| D-2 | Attestation (approval) for surgery by Mental health | 2 page |
| D-3 | Final Attestation letter for surgery head of MH at EMCF | 2 page |
| D-5 | Medical Approval for surgery from specialist University Hospital | 2 pages |