Demi Minor 494475E
P.O. Box 1140
Yardville, NJ 08620

United States District Court
402 East State St.
Trenton, NJ 08609

Legal Mail
_____

RECEIVED
OCT 31 2022
AT 8:30_____
WILLIAM T. WALSH — M
CLERK
Legal Mail
_____